UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :    MISDEMEANOR
                                         INFORMATION
       - v. -                       :
                                         08 Cr. ___
MICHAEL VAN PRAAGH,
                                         **08 CRIM 790**
            Defendant.              :

- - - - - - - - - - - - - - - - - -x

COUNT ONE

The United States Attorney charges:

In or about 2007, in the Southern District of New York, MICHAEL VAN PRAAGH, the defendant, unlawfully, intentionally and knowingly did possess a controlled substance, to wit, methamphetamine, its salts, isomers, and salts of its isomers, in violation of Section 844 of Title 21, United States Code.

(Title 21, United States Code, Section 844.)

_____
MICHAEL J. GARCIA
United States Attorney



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 0 2008

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v -

MICHAEL VAN PRAAGH,

Defendant.

---

INFORMATION

08 Cr. __

(21 U.S.C. § 844)

MICHAEL J. GARCIA
United States Attorney.

---